UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

KALEY PROPERTY SERVICES, INC., a Washington corporation, KPS REALTY, LLC d/b/a KPS MANAGEMENT, a Washington Limited Liability Corporation; COMSTOCK CONSTRUCTION & RENOVATIONS, LLC, a Washington limited liability company; KARLYN KALEY, an individual and managing agent of the Corporate Defendants; and RICHARD KALEY, an individual and a managing agent of the Corporate Defendants,

    Defendants.

NO. 2:17-cv-00218-SAB

**ORDER GRANTING MOTION TO APPROVE PROPOSED CONSENT JUDGMENT**

//

**ORDER GRANTING MOTION TO APPROVE PROPOSED CONSENT JUDGMENT** + 1

Before the Court is Plaintiff Secretary of Labor and Defendant Kaley Property Services, Inc.'s ("KPS") Joint Motion to Approve Proposed Consent Judgment, ECF No. 12. The motion was heard without oral argument.

Plaintiff and KPS have agreed to resolve matters in the above-captioned action wherein Plaintiff alleges KPS violated certain provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ECF No. 12. Plaintiff and KPS waive Findings of Fact and Conclusions of Law, and agree to entry of the proposed consent judgment. ECF No. 12-1. Per agreement of the parties, upon KPS fulfilling its obligation set forth in Paragraph 6 of the proposed consent judgment, Plaintiff will file a joint stipulation of dismissal with prejudice as to all remaining defendants. ECF No. 12-1. The Court finds the proposed consent judgment is reasonable, fair, and consistent with the purposes the Fair Labor Standards Act is intended to serve.

Accordingly, **IT IS ORDERED:**

1. Plaintiff Secretary of Labor and Defendant Kaley Property Services, Inc.'s ("KPS") Joint Motion to Approve Proposed Consent Judgment, ECF No. 12, is **GRANTED**. The Court will sign the Consent Judgment and it will be entered into the public record.

2. All deadlines and trial dates are **STAYED** pending further Order of the Court.

2. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant Kaley Property Services.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and enter judgment.

**DATED** this 27th day of March 2018.

Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO APPROVE PROPOSED CONSENT JUDGMENT** + 2