# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2018

SEAN F. McAVOY, CLERK

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

*Plaintiff*

v.

KALEY PROPERTY SERVICES, INC., a Washington corporation, KPS REALTY, LLC d/b/a KPS MANAGEMENT, a Washington Limited Liability Corporation, et al.,

*Defendant*

Civil Action No. 2:17-CV-218-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff and against Defendant Kaley Property Services.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ on a joint motion to approve Consent Judgment ECF No. 12.

Date: March 27, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer